```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

MIGUEL NIEVES GARCIA,            :
                                    Civil Action No. 09-0783 (RBK)
        Petitioner,     :

        v.              :    **ORDER**

J. GRONDOLSKY,                   :

        Respondent.     :    **CLOSED**


    For the reasons set forth in the Opinion filed herewith, IT IS on this   1st   day of   July  , 2009,

    ORDERED that Petitioner's application [3] for leave to proceed in forma pauperis is GRANTED; and it is further

    ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE, for lack of jurisdiction; and it is further

    ORDERED that the motion for appointment of counsel is DENIED as MOOT; and it is further

    ORDERED that the Clerk of the Court shall close the Court's file in this matter.


                                        s/Robert B. Kugler
                                        Robert B. Kugler
                                        United States District Judge